**Order entered January 9, 2015**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01589-CR

**REGINALD THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-00358-V**

## ORDER

On January 6, 2015, this Court granted appellant's December 31, 2014 motion to include in the clerk's record the motion for new trial filed in cause no. F09-34344-V. Although the Dallas County District Clerk filed a "supplemental" clerk's record with this document, the District Clerk has not yet filed the actual clerk's record for the appeal. Additionally, the reporter's record is overdue.

Accordingly, we **ORDER** the Dallas County District Clerk to file the complete clerk's record within **FIFTEEN DAYS** of the date of this order.

We **ORDER** Robin Benton, former official court reporter of the 292nd Judicial District Court, to file the reporter's record in this appeal within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Felicia Pitre, Dallas County District Clerk; Robin Benton, official court reporter, County Criminal Court No. 8; Peri Wood, official court reporter, 292nd Judicial District Court; and to counsel for all parties.

/s/     ADA BROWN
          JUSTICE